1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KEVIN ROBERSON,                          CASE NO. 1:08-cv-214-AWI-MJS (PC)

10                    Plaintiff,            ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS, AND DISMISSING
11        v.                                ACTION WITH PREJUDICE FOR FAILURE
                                            TO STATE A CLAIM
12
    S. ZAMORA, et al.,                      (ECF Nos. 24 & 25)
13
                      Defendants.           ORDER DIRECTING THE CLERK OF COURT
14                                          TO CLOSE THE CASE

15  _____/

16        Plaintiff Kevin Roberson, a state prisoner proceeding pro se and in forma pauperis, has filed

17  this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

18  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On March 8, 2011, the Magistrate Judge filed a Findings and Recommendation herein which

20  was served on Plaintiff and contained notice to Plaintiff that any objection to the Findings and

21  Recommendation was to be filed by March 20, 2011.  No date, Plaintiff has not filed any objections.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this court

23  has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court

24  finds the Findings and Recommendations to be supported by the record and by proper analysis.  On

25  January 13, 2011, the Magistrate Judge found that the third amended complaint did not state a claim.

26  The Magistrate Judge gave Plaintiff notice of the complaint's pleading deficiencies, and granted

27  Plaintiff an opportunity to amend.  See Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (if court

28  determines that complaint fails to state claim, leave to amend may be granted to extent that

1   complaint's deficiencies can be cured);   Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987)

2   (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for

3   failure to state a claim.   Because Plaintiff never filed an amended complaint, this action is subject

4   to dismissal for Plaintiff's failure to state a claim, as set forth in the court's January 13, 2011 order,

5   and subject to dismissal for Plaintiff's failure to comply with the court's January 13, 2011 order.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.      The Findings and Recommendation, filed March 8, 2011, is adopted in full;

8          2.      The instant action is DISMISSED with prejudice for failure to state a claim and

9                  failure to comply with a court order;

10         3.      The Clerk of the Court is DIRECTED to close the case; and

11         4.      This case shall count as a strike for purposes of 28 U.S.C. § 1915(g).

12   IT IS SO ORDERED.

13   Dated:   __April 15, 2011__                    _____

14                                                  CHIEF UNITED STATES DISTRICT JUDGE